**No. 10-6200. Damon Emanuel Elliott, Petitioner v. United States.**

562 U.S. 957, 131 S. Ct. 483, 178 L. Ed. 2d 283, 2010 U.S. LEXIS 7865.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule

39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 373 Fed. Appx. 326.